# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MARLENE SEGURA,**

    **Plaintiff,**

**v.**                                                            **CASE NO.**

**HIOSSEN, INC., a Foreign**
**Profit Corporation,**

    **Defendant.**

_____/

## NOTICE OF REMOVAL

Defendant, Hiossen, Inc. ("Defendant"), hereby removes the action currently pending in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2020-CA-9796-O (the "State Court Action"), to the United States District Court for the Middle District of Florida, pursuant to 28 U.S.C. §§ 1332, 1441, 1446(b). The grounds for removal are more fully set forth below.

1. Plaintiff, Marlene Segura, commenced the State Court Action on September 30, 2020, by filing a Complaint in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida ("State Court"), entitled, *Marlene Segura v. Hiossen, Inc., a Foreign Profit Corporation,* Case No. 2020-CA-9796. Plaintiff asserted a single claim against Defendant for a purported violation of the Florida Civil Rights Act of 1992, Florida Statutes, Chapter 760, *et. seq.* ("FCRA").

2. Defendant received its first notice of the Complaint on or about October 7, 2020, when it was served with a copy of the Summons and Complaint.

3. On November 25, 2020, Defendant filed in State Court its Answer and Affirmative Defenses on Behalf of Defendant ("Answer").

4. That same day, Defendant also served Plaintiff with its First Request for Admissions, seeking to determine whether Plaintiff's claimed damages exceed $75,000 ("Requests for Admission"). More specifically, Defendant requested that Plaintiff admit that she: (1) seeks to recover more than $75,000 in back pay, front pay, compensatory damages and attorneys' fees in this action (Request No. 1); (2) seeks to recover more than $75,000 in damages of any kind, including punitive damages, at any time in the course of this litigation (Request No. 2); and (3) admit that Plaintiff claims to have been damaged by Defendant in this action in an amount in excess of $75,000 (Request No. 3).

5. On December 10, 2020, Plaintiff admitted each of Defendant's requests for admissions described in the preceding paragraph ("Responses").

6. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings served as of this date, including but not limited to the Answer, Requests for Admission and Responses, are attached hereto as **Composite Exhibit "A."**

7. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed within thirty (30) days from the date of Defendant's receipt of the Responses.

8. This action is not a non-removable action as described under 28 U.S.C. § 1445.

9. This Court has jurisdiction over this action pursuant to 28 U.S.C. §1332(a), and this action may be removed by Defendant pursuant to the provisions of 28 U.S.C. §1446(b),

because it is a civil action wherein: (1) complete diversity of citizenship exists between the parties; and (2) the amount in controversy exceeds $75,000, exclusive of interest and costs.

10. The above-captioned action is a civil action over which this Court has diversity jurisdiction pursuant to 28 U.S.C. §1332, in that:

    a. Hiossen, Inc., is a corporation organized and existing under the laws of the Commonwealth of Pennsylvania, with its principal place of business in New Jersey (constituting the location of the company's center of direction, control and coordination, *i.e.* its "nerve center"). Therefore, for purposes of 28 U.S.C. §1332, Defendant is deemed a citizen of both the State of New Jersey and the Commonwealth of Pennsylvania.

    b. Plaintiff, Marlene Segura, is a resident of Osceola County, Florida (Complaint, ¶ 2). Therefore, for purposes of 28 U.S.C. §1332, Plaintiff is deemed a citizen of the State of Florida.

    c. The above-captioned action is a civil action in which the amount in controversy exceeds the sum or value of $75,000, exclusive of costs and interest, and is between citizens of different states. Plaintiff requests compensatory and punitive damages (Complaint, ¶¶ 29-30). Plaintiff also seeks back pay, benefits' adjustment, prejudgment interest, emotional distress damages, front pay (in lieu of reinstatement), costs and attorneys' fees (Complaint, WHEREFORE clause, subsections "b" through "e"). Plaintiff further admits in Responses filed in the State Court Action that she seeks to recover damages in excess of $75,000. Therefore, this Court has diversity jurisdiction over the above-captioned action pursuant to 28 U.S.C. §1332, which may properly be removed to this Court pursuant to 28 U.S.C. §1441 *et seq.* and §1446 *et seq.*

11. In accordance with 28 U.S.C. § 1446(d), contemporaneously with the filing of this Notice of Removal, Defendant has served Plaintiff with a copy of this Notice of Removal and has filed a Notice of Filing Notice of Removal with the Clerk of the Court for the Ninth Judicial Circuit in Orange County, Florida. A copy of the Notice of Filing Notice of Removal (without attachments) is attached hereto as **Exhibit "B."**

12. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any of Defendant's rights to assert any defenses or affirmative claims, including a counterclaim.

**WHEREFORE**, Defendant, Hiossen, Inc., respectfully requests that the aforesaid action now pending in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2020-9796-O, be removed to this Honorable Court.

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**

By: s/ *Linda M. Reck*
Linda M. Reck, Esq.
Florida Bar No. 669474
450 South Orange Avenue, Suite 650
Orlando, FL 32801
Telephone: (407) 420-1000
*Reckl@gtlaw.com*
*Culpeppderd@gtlaw.com*
*FLService@gtlaw.com*
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 18, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and a copy of the foregoing will be furnished upon Jason S. Remer, Remer & Georges-Pierre, PLLC, attorneys for plaintiff at 44 West Flagler Street, Suite 2200, Miami, Florida 33130, via UPS overnight delivery.

/s/ *Linda M. Reck*
Linda M. Reck

ACTIVE 53240269