# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARLENE SEGURA,

    Plaintiff,

v.

    Case No. 6:20-cv-2319-JA-DCI

HIOSSEN, INC.,

    Defendant.

## ORDER

In light of the Joint Stipulation for Dismissal (Doc. 30), the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on April 9th, 2021.

    JOHN ANTOON II
    United States District Judge

Copies furnished to:
Counsel of Record